THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMAIR LIMITED,<br><br>    Plaintiff,<br><br> v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>    Defendant. | No. 2:23-cv-00176-RSM<br><br>**STIPULATED MOTION FOR EXTENSION OF RESPONSE DEADLINES AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>February 17, 2023 |

  Plaintiff Comair Limited ("Comair") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to respond to Comair's Complaint (ECF No. 10) shall be extended to Monday, April 3, 2023.

  IT IS SO STIPULATED by and between the parties.

DATED: February 17, 2023

By: s/ *Hunter Ahern*
 Hunter Ahern, WSBA No. 54489
 Marc P. Miles *(admitted pro hac vice)*
 Kristy A. Schlesinger *(admitted pro hac vice)*

**Shook, Hardy & Bacon**
701 5th Ave, Suite 6800
Seattle, Washington 98104
Email: hahern@shb.com
Email: kschlesinger@shb.com
Email: mmiles@shb.com

*Attorneys for Plaintiff Comair Limited*

By: s/ *Ulrike B. Connelly*
 Ulrike B. Connelly, WSBA No. 42478

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: UConnelly@perkinscoie.com

*Attorney for Defendant The Boeing Company*

STIPULATED MOT. FOR EXTENSION OF ANSWER DEADLINES AND ORDER (No. 2:23-cv-00176-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# ORDER

The deadline for Boeing to respond to Comair's Complaint is extended to April 3, 2023.

**IT IS SO ORDERED.**

DATED this 21st day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/ Hunter Ahern*
Hunter Ahern, WSBA No. 54489
Marc P. Miles (admitted *pro hac vice*)
Kristy A. Schlesinger (admitted *pro hac vice*)

**Shook, Hardy & Bacon**
701 5th Ave, Suite 6800
Seattle, Washington 98104
Email: hahern@shb.com
Email: kschlesinger@shb.com
Email: mmiles@shb.com

*Attorneys for Plaintiff Comair Limited*

By: *s/ Ulrike B. Connelly*
Ulrike B. Connelly, WSBA No. 42478

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:206.359.8000
Facsimile: 206.359.9000
Email: UConnelly@perkinscoie.com

*Attorney for Defendant The Boeing Company*

STIPULATED MOT. FOR EXTENSION OF ANSWER DEADLINES AND ORDER (No. 2:23-cv-00176-RSM) –2

92533583.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000