THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMAIR LIMITED,

               Plaintiff,

    v.

THE BOEING COMPANY, a Delaware
Corporation,

              Defendant.

No. 2:23-cv-00176-RSM

**STIPULATED MOTION TO
REVISE BRIEFING SCHEDULE
AND ORDER**

**NOTED FOR CONSIDERATION:
APRIL 14, 2023**

Plaintiff Comair Limited ("Comair') and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Comair's time to respond to Boeing's Motion to Dismiss the Complaint shall be extended by thirty (30) days from the current deadline of April 21, 2023, to May 22, 2023. Boeing's time to reply to the Motion to Dismiss shall be twenty-one (21) days after Comair's response and shall be filed no later than June 12, 2023. The noting date for this motion will be June 12, 2023. This extension will not impact any other case deadlines.

IT IS SO STIPULATED by and between the parties.

STIPULATED MOTION TO REVISE BRIEFING
SCHEDULE AND ORDER – 1
(No. 2:23-cv-00176-RSM)

92553831.1

Dated: April 14, 2023

By: s/ *Marc P. Miles*

Hunter Ahern, WSBA No. 54489
Marc P. Miles (*pro hac vice*)
Kristy A. Schlesinger (*pro hac vice*)

**Shook, Hardy & Bacon**
701 5th Ave, Suite 6800
Seattle, Washington 98104
Email: hahern@shb.com
Email: kschlesinger@shb.com
Email: mmiles@shb.com

*Attorneys for Plaintiff Comair Limited*

By:      s/ *Ulrike B. Connelly*

Ulrike B. Connelly, WSBA No. 42478

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:      206.359.8000
Facsimile:      206.359.9000
Email: UConnelly@perkinscoie.com

*Attorney for Defendant The Boeing Company*

STIPULATED MOTION TO REVISE BRIEFING
SCHEDULE AND [PROPOSED] ORDER – 2
(No. 2:23-cv-00176-RSM)
92553831.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Comair to answer Boeing's Motion to Dismiss (ECF No. 25) shall be May 22, 2023, and Boeing's time to reply to the Motion to Dismiss shall be June 12, 2023. The Motion to Dismiss' new noting date will be June 12, 2023.

IT IS SO ORDERED.

DATED this 18th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By:  s/ Marc P. Miles
Hunter Ahern, WSBA No. 54489
Marc P. Miles (*pro hac vice*)
Kristy A. Schlesinger (*pro hac vice*)

**Shook, Hardy & Bacon**
701 5th Ave, Suite 6800
Seattle, Washington 98104
Email: hahern@shb.com
Email: kschlesinger@shb.com
Email: mmiles@shb.com

*Attorneys for Plaintiff Comair Limited*

STIPULATED MOTION FOR EXTENSION TO
RESPOND TO MOTION TO DISMISS – 3
(No. 2:23-cv-00176-RSM)

92553831.1

1

2    By:  s/ Ulrike B. Connelly
     Ulrike B. Connelly, WSBA No. 42478

3

4    **Perkins Coie LLP**
     1201 Third Avenue, Suite 4900

5    Seattle, Washington 98101-3099
     Telephone:206.359.8000

6    Facsimile: 206.359.9000
     Email: UConnelly@perkinscoie.com

7
     *Attorney for Defendant The Boeing Company*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION TO
RESPOND TO MOTION TO DISMISS – 4
(No. 2:23-cv-00176-RSM)

92553831.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 14, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.


Dated: April 14, 2023          *s/ Marc P. Miles*
                               Marc P. Miles

STIPULATED MOTION FOR EXTENSION TO
RESPOND TO MOTION TO DISMISS – 5
(No. 2:23-cv-00176-RSM)

92553831.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000