THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMAIR LIMITED,<br><br>        Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | No. 2:23-cv-00176-RSM<br><br>STIPULATED MOTION AND ORDER FOR LEAVE TO FILE COMAIR'S REDACTED OPPOSITION TO BOEING'S MOTION TO DISMISS |

## **INTRODUCTION**

Pursuant to Local Civil Rule 5(g)(3)(B)(iii), Defendant The Boeing Company ("Boeing") and Plaintiff Comair Limited ("Comair") respectfully move this Court to grant Comair leave to file redacted versions of Comair's Opposition to Boeing's Motion to Dismiss ("Opposition to Motion to Dismiss") and maintain the unredacted copy under seal because Boeing contends it contains copies, quotations and summaries of confidential documents containing sensitive contractual terms. The proposed public version of the Opposition to Motion to Dismiss, with redactions applied for the Court's convenience, is attached as Exhibit A.

STIPULATED MOTION AND ORDER FOR
LEAVE TO FILE REDACTED DOCUMENT
Case 2:23-cv-00176-RSM

## PROCEDURAL HISTORY

The Parties jointly follow up on their prior request to seal the Opposition to the Motion to Dismiss, which the Court granted on May 23, 2023. *See* ECF No. 38. Boeing contends that of Comair's 23-page Opposition, only portions of three paragraphs that cite or summarize confidential purchase agreements containing sensitive contract terms should remain under seal to protect Boeing and its customers' confidential contracts.

## LEGAL STANDARD AND ARGUMENT

This stipulation adopts and incorporates by reference the Parties' Stipulated Motion and Order for Leave to File Under Seal at ECF No. 35. For the reasons set out in the Stipulated Motion, Boeing contends the particular contractual terms of the purchase agreements excerpted or summarized in Comair's Opposition to Motion to Dismiss should be redacted in the public filing. Redacting only this information is the least restrictive method available to ensure protection of Boeing's confidential and sensitive information. *See* LR (5)(g)(3)(B)(iii) (requiring the least restrictive method to ensure protection of material to be sealed). Because there are no less restrictive alternatives available, Boeing proposes redacting this information and Comair does not object.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that this Court grant Comair leave to file its Opposition to Motion to Dismiss attached as Exhibit A (with the proposed redactions applied) leaving sealed only the clauses and sentences that disclose the contents of Boeings' proprietary business contracts, and the contracts themselves.

IT IS SO STIPULATED by and between the Parties.

DATED: May 30, 2023

By: *s/ Kristy A. Schlesinger*

Hunter K. Ahern WA Bar No. 54489
**Shook, Hardy & Bacon L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
hahern@shb.com

Marc P. Miles (admitted *pro hac vice*)
Kristy A. Schlesinger (admitted *pro hac vice*)
5 Park Plaza Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
mmiles@shb.com
kschlesinger@shb.com

*Attorneys for Plaintiff*
*Comair Limited*

By: *s/ Ulrike B. Connelly*

Ulrike B. Connelly, Bar No. 42478
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
UConnelly@perkinscoie.com

Michael B. Slade (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
michael.slade@kirland.com
casey.mcgushin@kirkland.com

*Attorneys for Defendant*
*The Boeing Company*

### ORDER

Based upon the foregoing Stipulation, the Court hereby:

ORDERS, ADJUDGES AND DECREES that the redacted copy of Comair's Opposition to Boeing's Motion to Dismiss may be filed on the docket.

IT IS SO ORDERED.

DATED this 31st day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE