1    THE HONORABLE RICARDO S. MARTINEZ

2

3

4

5

6              UNITED STATES DISTRICT COURT
7             WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE
8

9    COMAIR LIMITED,                          No. 2:23-cv-00176-RSM

10                    Plaintiff,              STIPULATED MOTION FOR
                                             EXTENSION OF ANSWER
11         vs.                               DEADLINE AND ORDER
                                             NOTED FOR CONSIDERATION:
12   THE BOEING COMPANY,                     OCTOBER 6, 2023

13                    Defendant.

14

15

16         Plaintiff Comair Limited ("Comair") and Defendant The Boeing Company ("Boeing")

17   stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to answer

18   Comair's Complaint (ECF No. 1) shall be extended to Tuesday, October 31, 2023.

19         IT IS SO STIPULATED by and between the parties.

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR
LEAVE TO FILE REDACTED DOCUMENTS
Case 2:23-cv-00176-RSM

DATED:  October 6, 2023

By: *s/ Marc P. Miles*                    By: *s/ Michael B. Slade*

Hunter K. Ahern WA Bar No. 54489          Michael B. Slade (admitted *pro hac vice*)
**Shook, Hardy & Bacon L.L.P.**           Casey McGushin (admitted *pro hac vice*)
701 Fifth Avenue, Suite 6800              **Kirkland & Ellis LLP**
Seattle, WA 98104-7066                    300 North LaSalle
Telephone: (206) 344-7600                 Chicago, IL 60654
Facsimile: (206) 344-3113                 michael.slade@kirland.com
hahern@shb.com                            casey.mcgushin@kirkland.com

Marc P. Miles (admitted *pro hac vice*)   Ulrike B. Connelly, Bar No. 42478
Kristy A. Schlesinger (admitted *pro hac vice*)  **Perkins Coie LLP**
5 Park Plaza Suite 1600                   1201 Third Avenue, Suite 4900
Irvine, California 92614                  Seattle, Washington 98101-3099
Telephone: (949) 475-1500                 Telephone: 206.359.8000
Facsimile: (949) 475-0016                 Facsimile: 206.359.9000
mmiles@shb.com                            UConnelly@perkinscoie.com
kschlesinger@shb.com

                                          *Attorneys for Defendant*
*Attorneys for Plaintiff*                 *The Boeing Company*
*Comair Limited*

## ORDER

Based upon the foregoing Stipulation, the Court hereby orders:

The deadline for Boeing to answer Comair's Complaint is extended to October 31, 2023.

IT IS SO ORDERED.

DATED this 10th day of October, 2023.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE