THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMAIR LIMITED,<br><br>        Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>        Defendant. | No. 2:23-cv-00176-RSM<br><br>**STIPULATED MOTION FOR EXTENSION OF ANSWER DEADLINE TO COUNTERCLAIM AND ORDER**<br><br>NOTED FOR CONSIDERATION: NOVEMBER 21, 2023 |

Plaintiff Comair Limited ("Comair') and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Comair's time to answer Boeing's Counterclaim (ECF No. 47) shall be extended to Tuesday, November 28, 2023. This extension will not impact any other case deadlines.

IT IS SO STIPULATED by and between the parties.

STIPULATED MOTION FOR EXTENSION OF ANSWER DEADLINE TO COUNTERCLAIM AND ORDER – 1
(No. 2:23-cv-00176-RSM)
92553831.1

**Shook, Hardy & Bacon L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104-7066
Phone: (206) 344-7600
Fax: (206) 344-3113

Dated: November 21, 2023

| | |
|---|---|
| By:  s/ *Marc P. Miles* <br><br>Hunter K. Ahern, WSBA No. 54489 <br>**Shook, Hardy & Bacon L.L.P.** <br>701 Fifth Avenue, Suite 6800 <br>Seattle, WA 98104-7066 <br>Telephone: (206) 344-7600 <br>Facsimile: (206) 344-3113 <br>hahern@shb.com <br><br>Marc P. Miles (admitted *pro hac vice*) <br>Kristy A. Schlesinger (admitted *pro hac vice*) <br>5 Park Plaza, Suite 1600 <br>Irvine, CA 92614 <br>Telephone: (949) 475-1500 <br>Facsimile: (949) 475-0016 <br>mmiles@shb.com <br>kschlesinger@shb.com <br><br>*Attorneys for Plaintiff Comair Limited* | By:  s/ *Michael B. Slade* <br><br>Ulrike B. Connelly, WSBA No. 42478 <br>**Perkins Coie LLP** <br>1201 Third Avenue, Suite 4900 <br>Seattle, Washington 98101-3099 <br>Telephone:    206.359.8000 <br>Facsimile:    206.359.9000 <br>UConnelly@perkinscoie.com <br><br>Michael B. Slade (admitted pro hac vice) <br>Casey McGushin (admitted pro hac vice) <br>**Kirkland & Ellis LLP** <br>300 North LaSalle <br>Chicago, IL 60654 <br>michael.slade@kirkland.com <br>casey.mcgushin@kirkland.com <br><br>*Attorneys for Defendant The Boeing Company* |

STIPULATED MOTION FOR EXTENSION OF
ANSWER DEADLINE TO COUNTERCLAIM AND
ORDER – 2
(No. 2:23-cv-00176-RSM)
92553831.1

**Shook, Hardy & Bacon L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104-7066
Phone: (206) 344-7600
Fax: (206) 344-3113

**ORDER**

Based on the foregoing Stipulation, the Court hereby orders:

The deadline for Comair to answer Boeing's Counterclaim is extended to November 28, 2023.

IT IS SO ORDERED.

DATED this 27th day of November, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF ANSWER DEADLINE TO COUNTERCLAIM AND ORDER – 3
(No. 2:23-cv-00176-RSM)
92553831.1

**Shook, Hardy & Bacon L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104-7066
Phone: (206) 344-7600
Fax: (206) 344-3113

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on November 21, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: November 21, 2023        *s/ Marc P. Miles*
                                Marc P. Miles

STIPULATED MOTION FOR EXTENSION OF
ANSWER DEADLINE TO COUNTERCLAIM AND
ORDER – 4
(No. 2:23-cv-00176-RSM)
92553831.1

**Shook, Hardy & Bacon L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104-7066
Phone: (206) 344-7600
Fax: (206) 344-3113