THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

COMAIR LIMITED,

    Plaintiff,

    v.

THE BOEING COMPANY, and DOES 1 through 100, inclusive,

    Defendants.

Case No. 2:23-cv-00176-RSM

**STIPULATED MOTION AND ORDER TO REVISE CASE SCHEDULE DEADLINES**

**NOTE ON MOTION CALENDAR: MARCH 28, 2024**

Pursuant to the Court's Minute Order of March 26, 2024, Plaintiff Comair Limited ("Comair") and Defendant The Boeing Company ("Boeing") met and conferred in an attempt to agree to a reasonable extension of the parties' case schedule deadlines. The parties have reached an agreement and hereby stipulate that, pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(3), the following deadlines be extended by approximately seven weeks as indicated below:

|  | **Current Dates** | **New Dates** |
|---|---|---|
| JURY TRIAL DATE | September 16, 2024 | Nov. 12, 2024 |
| Length of Trial | 5-14 days | Same |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 20, 2024 | May 6, 2024 |

STIPULATED MOTION AND ORDER TO REVISE
CASE SCHEDULE DEADLINES

Shook, Hardy & Bacon L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA  98104
206.344.6700

1

| | | |
|---|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | April 19, 2024 | June 7, 2024 |
| Discovery completed by | May 20, 2024 | July 8, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (See LCR 7(d)) | June 18, 2024 | August 6, 2024 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | August 2, 2024 | Sept. 20, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | August 19, 2024 | Oct. 11, 2024 |
| Agreed pretrial order due | September 4, 2024 | Oct. 23, 2024 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | September 11, 2024 | Oct. 30, 2024 |

The parties stipulate to an extension of the expert disclosure deadlines and the other associated discovery and trial deadlines (identified above) for the short period of time described above to allow for the requested extension of the expert disclosure deadlines and still permit appropriate discovery (and discovery motions if they are necessary), without prejudicing any party's rights.

Accordingly, the parties jointly respectfully request that the Court enter an order extending the deadlines as set forth above.

Dated: March 28, 2024

By: s/ Marc P. Miles
Hunter K. Ahern, WSBA No. 54489
**Shook, Hardy & Bacon L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
hahern@shb.com

By:   s/ Michael B. Slade
Ulrike B. Connelly, WSBA No. 42478
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:   206.359.8000
Facsimile:   206.359.9000
UConnelly@perkinscoie.com

STIPULATED MOTION AND ORDER TO REVISE
CASE SCHEDULE DEADLINES

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104
206.344.6700

2

Marc P. Miles (admitted *pro hac vice*)
Kristy A. Schlesinger (admitted *pro hac vice*)
**Shook, Hardy & Bacon L.L.P.**
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
mmiles@shb.com
kschlesinger@shb.com

*Attorneys for Plaintiff Comair Limited*

Michael B. Slade (admitted pro hac vice)
Casey McGushin (admitted pro hac vice)
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
michael.slade@kirkland.com
casey.mcgushin@kirkland.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION AND ORDER TO REVISE
CASE SCHEDULE DEADLINES

Shook, Hardy & Bacon L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104
206.344.6700

3

# ORDER

Based on the foregoing Stipulation, the Court hereby modifies the case schedule deadlines as follows:

|  | **Dates** |
|---|---|
| JURY TRIAL DATE | November 12, 2024 |
| Length of Trial | 5-14 days |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 6, 2024 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | June 7, 2024 |
| Discovery completed by | July 8, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (See LCR 7(d)) | August 6, 2024 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | September 20, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | October 11, 2024 |
| Agreed pretrial order due | October 23, 2024 |
| Pretrial conference to be scheduled by the Court |  |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 30, 2024 |

//
//
//
//

STIPULATED MOTION AND ORDER TO REVISE
CASE SCHEDULE DEADLINES

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104
206.344.6700

4

IT IS SO ORDERED.

DATED this 28th day of March, 2024.

                                                                                                                                                                                 *[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO REVISE
CASE SCHEDULE DEADLINES

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104
206.344.6700

5