THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| COMAIR LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-00176-RSM<br><br>**STIPULATED MOTION AND ORDER TO REVISE DISCOVERY DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: MAY 1, 2024** |
|---|---|

Plaintiff Comair Limited ("Comair") and Defendant The Boeing Company ("Boeing") have been meeting and conferring to address and resolve discovery issues as they arise. In light of the status of ongoing discovery, the parties have reached an agreement and hereby stipulate that, pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(3), the following three discovery deadlines (in green) be extended as reflected below. Boeing expressly reserves its right to seek further revisions to this schedule depending on the resolution of outstanding discovery issues.

|  | **Current Dates** | **New Dates** |
|---|---|---|
| JURY TRIAL DATE | November 12, 2024 |  |
| Length of Trial | 5-14 days |  |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 6, 2024 | June 4, 2024 |

| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | June 7, 2024 | June 11, 2024 |
|---|---|---|
| Discovery completed by | July 8, 2024 | August 16, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (See LCR 7(d)) | August 6, 2024 | |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | September 20, 2024 | |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | October 11, 2024 | |
| Agreed pretrial order due | October 23, 2024 | |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 30, 2024 | |

The parties jointly respectfully request that the Court enter an order extending the deadlines as set forth above.

Dated: May 1, 2024

By: s/ Marc P. Miles
Hunter K. Ahern, WSBA No. 54489
**Shook, Hardy & Bacon L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
hahern@shb.com

Marc P. Miles (admitted pro hac vice)
Kristy A. Schlesinger (admitted pro hac vice)
**Shook, Hardy & Bacon L.L.P.**
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
mmiles@shb.com
kschlesinger@shb.com

*Attorneys for Plaintiff Comair Limited*

By: s/ Michael B. Slade
Ulrike B. Connelly, WSBA No. 42478
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
UConnelly@perkinscoie.com

Michael B. Slade (admitted pro hac vice)
Casey McGushin (admitted pro hac vice)
**Kirkland & Ellis LLP**
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: 312.862.3397
Facsimile: 312.862.2200
michael.slade@kirkland.com
casey.mcgushin@kirkland.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION AND ORDER TO REVISE DISCOVERY DEADLINES

# ORDER

Based on the foregoing Stipulation, the Court hereby modifies the case schedule deadlines as follows:

|  | **Dates** |
|---|---|
| JURY TRIAL DATE | November 11, 2024 |
| Length of Trial | 5-14 days |
| Disclosure of expert testimony under FRCP 26(a)(2) | June 4, 2024 |
| Deadline for filing motions related to discovery.  Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | June 11, 2024 |
| Discovery completed by | August 16, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (See LCR 7(d)) | August 6, 2024 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | September 20, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | October 11, 2024 |
| Agreed pretrial order due | October 23, 2024 |
| Pretrial conference to be scheduled by the Court |  |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 30, 2024 |

IT IS SO ORDERED.

DATED this 2nd day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE