THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMAIR LIMITED,<br><br>            Plaintiff,<br><br>     vs.<br><br>THE BOEING COMPANY,<br><br>            Defendant. | No. 2:23-cv-00176-RSM<br><br>**STIPULATED MOTION AND ORDER TO REVISE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY**<br><br>**NOTE ON MOTION CALENDAR: JUNE 6, 2024** |

    Plaintiff Comair Limited ("Comair") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), the deadline for filing motions related to discovery, currently set for June 11, 2024, shall be extended to June 25, 2024.

    The parties jointly request that the Court enter an order extending the deadline.

DATED: June 6, 2024

By: *s/ Marc P. Miles*

Hunter K. Ahern WA Bar No. 54489
**Shook, Hardy & Bacon L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
hahern@shb.com

Marc P. Miles (admitted *pro hac vice*)
Kristy A. Schlesinger (admitted *pro hac vice*)
5 Park Plaza Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
mmiles@shb.com
kschlesinger@shb.com

*Attorneys for Plaintiff*
*Comair Limited*

By: *s/ Michael B Slade*

Michael B. Slade (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
333 W. Wolf Point Plaza
Chicago, IL 60654
michael.slade@kirland.com
casey.mcgushin@kirkland.com

By: *s/ Ulrike B. Connelly*
Ulrike B. Connelly, Bar No. 42478
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
UConnelly@perkinscoie.com

*Attorneys for Defendant*
*The Boeing Company*

## ORDER

Based upon the foregoing Stipulation, the Court hereby orders:

The deadline for the parties to file motions related to discovery shall be June 25, 2024.

Any such motions shall be noted for consideration pursuant to LCR 7(d)(3).

IT IS SO ORDERED.

DATED this 7th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO
REVISE DEADLINE FOR FILING MOTIONS
RELATED TO DISCOVERY
Case No. 2:23-cv-00176-RSM

-2-