THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMAIR LIMITED,

               Plaintiff,

      vs.

THE BOEING COMPANY,

               Defendant.

No. 2:23-cv-00176-RSM

**STIPULATED MOTION AND ORDER TO REVISE CASE SCHEDULE**

**NOTE ON MOTION CALENDAR: JULY 2, 2024**

     Plaintiff Comair Limited ("Comair") and Defendant The Boeing Company ("Boeing") have been meeting and conferring to implement the Court's June 21, 2024 order related to discovery matters in this case.  ECF 80.  The parties accordingly stipulate, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), to a revised case schedule to allow additional time to conduct discovery.

     The parties jointly request that the Court enter an order modifying the schedule as follows:

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE
Case 2:23-cv-00176-RSM

|  | **Current Dates** | **New Dates** |
|---|---|---|
| JURY TRIAL DATE | November 11, 2024 | February 10, 2025 |
| Length of Trial | 5-14 days | |
| Deadline for filing motions related to discovery.  Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | June 25, 2024 | September 2, 2024 |
| Discovery completed by | July 8, 2024 | November 18, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (See LCR 7(d)) | August 6, 2024 | November 6, 2024 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | September 20, 2024 | December 20, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | October 11, 2024 | January 13, 2025 |
| Agreed pretrial order due | October 23, 2024 | January 10, 2025 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 30, 2024 | January 30, 2025 |

DATED:  July 2, 2024

By:  _s/ Kristy Schlesinger_
Hunter K. Ahern WA Bar No. 54489
**Shook, Hardy & Bacon L.L.P.**
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
hahern@shb.com

Marc P. Miles (admitted *pro hac vice*)
Kristy A. Schlesinger (admitted *pro hac vice*)
5 Park Plaza Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
mmiles@shb.com
kschlesinger@shb.com

*Attorneys for Plaintiff*
*Comair Limited*

By:  _s/ Michael B Slade_
Michael B. Slade (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
333 W. Wolf Point Plaza
Chicago, IL 60654
michael.slade@kirland.com
casey.mcgushin@kirkland.com

By:  _s/ Ulrike B. Connelly_
Ulrike B. Connelly, Bar No. 42478
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
UConnelly@perkinscoie.com

*Attorneys for Defendant*
*The Boeing Company*

## **ORDER**

Based upon the foregoing Stipulation, the Court hereby modifies the case schedule as set forth herein.

IT IS SO ORDERED.

DATED this 8th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE