THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMAIR LIMITED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>　　　　　　Defendant. | No. 2:23-cv-00176-RSM<br><br>**STIPULATED MOTION AND ORDER TO REVISE CASE SCHEDULE**<br><br>**NOTED FOR CONSIDERATION: JANUARY 24, 2025** |

　　　Plaintiff Comair Limited ("Comair') and Defendant The Boeing Company ("Boeing") have been meeting and conferring on remaining discovery matters in this case. The parties accordingly stipulate, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), to a revised case schedule to allow additional time to conduct discovery.

　　　The parties jointly request that the Court enter an order modifying the schedule as follows:

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE – 1
(No. 2:23-cv-00176-RSM)

92781803.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

|  | **Current Dates** | **New Dates** |
|---|---|---|
| JURY TRIAL DATE | May 12, 2025 | July 14, 2025 |
| Length of Trial | 5-14 days | |
| Discovery completed by | February 18, 2025 | April 18, 2025 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | February 28, 2025 | April 28, 2025 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (See LCR 7(d)) | February 6, 2025 | April 7, 2025 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | March 20, 2025 | May 20, 2025 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | April 14, 2025 | June 16, 2025 |
| Agreed pretrial order due | April 10, 2025 | June 10, 2025 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | April 30, 2025 | June 30, 2025 |

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE – 2
(No. 2:23-cv-00176-RSM)

92781803.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000


1

DATED: January 27, 2025

2

By:  s/ *Marc P. Miles*             By:  s/ *Michael Paisner*

3

4

Hunter Ahern, WSBA No. 54489      Michael Paisner, WSBA No. 48822
**Shook, Hardy & Bacon**                 Zachary E. Davison, WSBA No. 47873

5

701 5th Ave, Suite 6800               **Perkins Coie LLP**
Seattle, Washington 98104           1201 Third Avenue, Suite 4900

6

Telephone: (206) 344-7600          Seattle, WA  98101-3099
Facsimile: (206) 344-3113           Telephone:  206-359-8000

7

hahern@shb.com                    Fax:  206-359-9000
Email: mpaisner@perkinscoie.com

8

Marc P. Miles (admitted *pro hac vice*)

9

Kristy A. Schlesinger (admitted *pro hac vice*)

10

5 Park Plaza Suite 1600
Irvine, California 92614

11

Telephone: (949) 475-1500
Facsimile: (949) 475-0016

12

mmiles@shb.com
kschlesinger@shb.com

13

14

*Attorneys for Plaintiff*                 *Attorneys for Defendant*
*Comair Limited*                      *The Boeing Company*

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE – 3
(No. 2:23-cv-00176-RSM)

92781803.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# **ORDER**

Based upon the foregoing Stipulation, the Court hereby modifies the case schedule as set forth herein.

IT IS SO ORDERED.

DATED this 27th day of January, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ *Marc P. Miles*

Hunter Ahern, WSBA No. 54489
**Shook, Hardy & Bacon**
701 5th Ave, Suite 6800
Seattle, Washington 98104
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
Email: hahern@shb.com

Marc P. Miles (*pro hac vice*)
Kristy A. Schlesinger (*pro hac vice*)
5 Park Plaza Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
mmiles@shb.com
kschlesinger@shb.com

*Attorneys for Plaintiff*
*Comair Limited*

By: s/ *Michael Paisner*

Michael Paisner, WSBA No. 48822
Zachary E. Davison, WSBA No. 47873
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
Email: mpaisner@perkinscoie.com

*Attorneys for Defendant*
*The Boeing Company*

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE – 4
(No. 2:23-cv-00176-RSM)
92781803.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000