1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   COMAIR LIMITED,                                    No. 2:23-cv-00176-RSM

10                          Plaintiff,                 **STIPULATED MOTION AND ORDER**
                                                       **TO REVISE CASE SCHEDULE**
11          v.

12   THE BOEING COMPANY, a Delaware
     Corporation,
13
                            Defendant.
14

15                              **I.      INTRODUCTION**

16          Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7(d)(1), 7(j),

17   10(g), and 16(b)(6), Plaintiff Comair Limited ("Comair") and Defendant The Boeing Company

18   ("Boeing") (collectively, the "Parties") jointly move the Court for an order revising the case

19   schedule set forth in the Court's January 27, 2025 Order Granting Stipulated Motion to Revise

20   Case Schedule (Dkt. No. 130).

21          The Parties have been meeting and conferring on remaining fact, expert, and third-party

22   discovery matters. The Parties are making progress on discovery. At this point, however, it is clear

23   that the Parties will not have sufficient time to conclude their discovery efforts before the April

24   18, 2025 discovery deadline. The Parties still have a number of depositions left to take, including

25   those of a Boeing expert and a Comair expert, and the parties are still producing documents.

26

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE – 1
(No. 2:23-cv-00176-RSM)

1    A modest case schedule extension is to the Court's and Parties' benefit to allow the Parties

2  to develop a more complete record and file fully informed dispositive and *Daubert* motions and

3  oppositions. The Parties believe that an additional two months beyond the existing schedule should

4  be sufficient to complete these remaining discovery tasks and allow for the Parties to file discovery

5  and dispositive motions.

6    Depending on how the Court rules on Boeing's pending Motion for Issuance of Letters

7  Rogatory (Dkt. 149), these deadlines may need to be further revisited, but the Parties believe that

8  issue can be addressed in the event the Court grants the relief Boeing has requested.

9    The Parties are timely making this request more than two weeks before the current April

10  18, 2025 discovery deadline to ensure the Court has sufficient time to decide the motion. For these

11  reasons and those detailed below, good cause exists to revise the case schedule by extending it

12  approximately two months.

13                     **II.    LEGAL STANDARD**

14    "The decision to modify a scheduling order is within the broad discretion of the district

15  court." *James v. Nationwide Affinity Ins. Co. of Am.*, No. C22-772-RSM, 2023 WL 5020403, at

16  *1 (W.D. Wash. July 31, 2023) (Martinez, J.) (citation omitted). The Court may extend the case

17  schedule where good cause exists. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6). "Rule 16(b)'s 'good

18  cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson*

19  *v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "The district court may modify

20  the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the

21  extension.'" *Id.* (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Local

22  Civil Rule 7(j) establishes that "[a] motion for relief from a deadline should, whenever possible,

23  be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the

24  deadline."

25

26

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE – 2
(No. 2:23-cv-00176-RSM)

1

### III.     ARGUMENT

2      Good cause exists to modestly extend the remaining deadlines by two months. Since the

3  Court's January 27, 2025 Order Granting Stipulated Motion to Revise Case Schedule (Dkt. No.

4  130), the Parties have taken nearly ten depositions, five of which were in South Africa and one

5  more of which was out-of-state. Both Parties have made several supplemental document

6  productions, and more document productions are forthcoming. Despite the Parties' efforts,

7  however, the current case deadlines cannot reasonably be met without prejudice resulting.

8      The Parties are therefore jointly moving to extend the case schedule and neither alleges

9  that any prejudice would arise from the extension. *See James*, 2023 WL 5020403, at *1 ("Because

10  the request for a trial continuance appears unopposed, it will be GRANTED."); *Reed v. Kariko*,

11  No. 3:20-CV-5580-BHS-DWC, 2021 WL 3563089, at *2 (W.D. Wash. June 30, 2021) (granting

12  Defendants' motion to amend pretrial scheduling order to provide all parties extra time to complete

13  discovery, file a motion to compel, and submit dispositive motions because, *inter alia*, an extension

14  would not prejudice Plaintiff, "[i]n fact, an extension at this stage would benefit Plaintiff, as he

15  will have the opportunity to review to review [sic] Defendants' substantive discovery

16  responses . . . and still challenge those responses" and "Plaintiff may also engage in additional

17  discovery").

18      Allowing the Parties to complete fact and expert discovery by extending the discovery

19  deadlines also will contribute to the efficient and just resolution of this case, by ensuring that

20  decision-making on any *Daubert* motions, dispositive motions, and—if necessary—at trial is

21  based on a full and complete record. *See St. George v. Sequim Sch. Dist.*, No. 18-CV-05372-RJB,

22  2018 WL 6518118, at *1 (W.D. Wash. Dec. 11, 2018) ("An extension of the remaining court

23  deadlines is appropriate to allow the parties to complete discovery and engage in further

24  discussions related to resolution.").

25      Furthermore, the Parties are filing this motion well in advance of the upcoming case

26  deadlines, including for dispositive motions (April 7) and discovery motions (April 28). *See* LCR

1    7(j). Also, the motion is being filed well in advance of the current discovery completion date of

2    April 18, leaving sufficient time for the Court to rule on it. *See* LCR 7(d)(1) ("joint or unopposed

3    motions . . . shall be noted for consideration the day they are filed"); *see generally Young v. Pena*,

4    No. C18-1007JLR, 2019 WL 461161, at *2 (W.D. Wash. Feb. 6, 2019) (granting motion for relief

5    from a deadline in part because the motion was timely filed five days before the deadline).

6         The Parties' timely motion, their efforts to meet the Court's deadlines, and the lack of

7    prejudice on any party all point to good cause. Accordingly, the Parties respectfully request that

8    the Court enter an order modifying the schedule as follows:

| | **Current Dates** | **New Dates** |
|---|---|---|
| JURY TRIAL DATE | July 14, 2025 | September 2, 2025 |
| Length of Trial | 5-14 days | 5-14 days |
| Discovery completed by | April 18, 2025 | June 18, 2025 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | April 28, 2025 | June 30, 2025 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (See LCR 7(d)) | April 7, 2025 | June 9, 2025 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | May 20, 2025 | July 21, 2025 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | June 16, 2025 | August 4, 2025 |
| Agreed pretrial order due | June 10, 2025 | July 28, 2025 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | June 30, 2025 | August 18, 2025 |

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE – 4
(No. 2:23-cv-00176-RSM)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## IV.    CONCLUSION

Based on the foregoing, the Parties respectfully request the Court revise the case schedule as set forth above.

DATED: March 31, 2025

By: s/ *Marc P. Miles*

Hunter Ahern, WSBA No. 54489
**Shook, Hardy & Bacon**
701 5th Ave, Suite 6800
Seattle, Washington 98104
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
hahern@shb.com

Marc P. Miles (admitted *pro hac vice*)
Kristy A. Schlesinger (admitted *pro hac vice*)
5 Park Plaza Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
mmiles@shb.com
kschlesinger@shb.com


*Attorneys for Plaintiff*
*Comair Limited*

By: s/ *Michael Paisner*

Michael Paisner, WSBA No. 48822
Zachary E. Davison, WSBA No. 47873
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Fax:  206-359-9000
Email: mpaisner@perkinscoie.com

*Attorneys for Defendant*
*The Boeing Company*

STIPULATED MOTION AND ORDER TO
REVISE CASE SCHEDULE – 5
(No. 2:23-cv-00176-RSM)

1

## **ORDER**

2    Based upon the foregoing Stipulation and a review of the Court's schedule, the Court

3    hereby modifies the case schedule as set forth below:

4

5

|  | **Current Dates** | **New Dates** |
|---|---|---|
| JURY TRIAL DATE | July 14, 2025 | **September 15, 2025** |
| Length of Trial | 5-14 days | 5-14 days |
| Discovery completed by | April 18, 2025 | June 18, 2025 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | April 28, 2025 | June 30, 2025 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (See LCR 7(d)) | April 7, 2025 | June 9, 2025 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | May 20, 2025 | July 21, 2025 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | June 16, 2025 | August 4, 2025 |
| Agreed pretrial order due | June 10, 2025 | July 28, 2025 |
| Pretrial conference to be scheduled by the Court |  |  |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | June 30, 2025 | August 18, 2025 |

IT IS SO ORDERED.

DATED this 1st day of April, 2025

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE